THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Terrance Tompkins, Appellant.
 
 
 

Appeal From Richland County
Carmen T. Mullen, Circuit Court Judge

Unpublished Opinion No. 2009-UP-408
 Submitted September 1, 2009  Filed
September 2, 2009   

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Terrance Tompkins appeals his convictions
 for two counts of assault and battery with intent to kill and one count of
 assault with intent to kill.  His counsel argues the trial court erred by
 denying his directed verdict motion.  Additionally, Tompkins filed a pro se
 brief.  After a thorough review of the record and all briefs pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to
 be relieved.[1]
APPEAL
 DISMISSED.  
HUFF,
 THOMAS, and PIEPER, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.